United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS PANIAGUA-ROJAS, <br> Petitioner, <br> v. <br> THE PEOPLE, <br> Respondent. | Case No. 25-cv-06908-JD <br><br> **ORDER OF DISMISSAL** <br> Re: Dkt. No. 5 |

In August 2025, pro se Petitioner Paniagua-Rojas filed a "Petition for Equitable Tolling of the Time Limits." Dkt. No. 1. Petitioner requested equitable tolling of the August 27, 2025 "time limit" on the grounds that circumstances beyond his control made it impossible to timely file a federal habeas petition. *Id*. Petitioner identified the following circumstances: lack of access to case files, illiteracy, and incorrect advice from the court.

The Clerk notified Petitioner that this action was deficient because (1) he had not submitted the proper case-initiating form, specifically a petition for a writ of habeas corpus; and (2) he had not paid the filing fee or filed an application to proceed in forma pauperis ("IFP"). ECF Nos. 2, 3. The Clerk mailed to Petitioner copies of the Court's habeas petition form and IFP application form along with the deficiency notices, as well as a stamped return envelope and instructions for completing the form. The deficiency notice informed Plaintiff that if he did not respond within 28 days, the case would be dismissed. *Id.*

On September 9, 2025, Petitioner asked for an extension of time to September 30, 2025 to file his habeas petition and his IFP application, stating that he required prisoner transcripts in order to prepare his habeas petition and that the prison had failed to process his trust account statement. ECF No. 5.

Petitioner's request for an extension of time to September 30, 2025, to file a habeas petition and IFP application is granted nunc pro tunc. Even so, the September 30, 2025 deadline has passed and Petitioner has not paid the filing fee, completed his IFP application, submitted a federal habeas petition, or shown cause why not. Consequently, the case is dismissed without prejudice. The Clerk is requested to enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: October 8, 2025

JAMES DONATO
United States District Judge